ROBERT J. VIZAS (SBN 56187)
JULIE B. ROTTENBERG (SBN 169607)
JENNIFER L. CUMMINGS (SBN 208115)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
E-Mail: julie_rottenberg@aporter.com

Attorneys for Defendant
Visa U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL JASPERSON d/b/a JASPERSON SOD SERVICE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA U.S.A., INC. and MASTERCARD INTERNATIONAL, INC.,<br><br>Defendants. | Case No. C05-2996 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT, AND CONTINUE ALL OTHER PRETRIAL DEADLINES**<br><br>**CIVIL LOCAL RULE 6-2**<br><br>Date:   N/A<br>Time:   N/A<br><br>The Honorable Maxine M. Chesney |

Plaintiff Randall Jasperson d/b/a Jasperson Sod Service ("Plaintiff"), and Defendants Visa U.S.A. Inc. ("Visa"), and MasterCard International Incorporated ("MasterCard"), through their respective counsel, stipulate, pursuant to Civil Local Rule 6-2, to extend the time for all defendants to move, answer, or otherwise respond to the complaint, and to continue all other pretrial deadlines in the above-captioned action. Defendants Visa and MasterCard are collectively referred to herein as "Defendants." In support of this request, Plaintiff and Defendants stipulate as follows:

WHEREAS, on July 26, 2005, plaintiffs in another case pending in this Court filed a Motion for Transfer Under 28 U.S.C. § 1407 Before the Judicial Panel on Multidistrict Litigation, seeking

1   to create a new MDL proceeding in this Court and coordinate both cases pending in this Court with
2   a case pending in the Northern District of Georgia;
3       WHEREAS, on July 29, 2005, Defendants, together with additional defendants named in
4   similar cases not before this Court, filed a separate Motion for Transfer Under 28 U.S.C. § 1407
5   Before the Judicial Panel on Multidistrict Litigation, seeking to transfer this case, along with 13
6   others pending in four district courts across the country, to the Northern District of Georgia, and
7   create a new MDL proceeding;
8       WHEREAS, Defendants oppose plaintiffs' Motion for Transfer;
9       WHEREAS, Plaintiff opposes Defendants' Motion for Transfer;
10      WHEREAS, Plaintiff and Defendants would like to minimize the burdens on the parties and
11  this Court through an extension of all deadlines in this action until final resolution of the Motions
12  for Transfer by the Judicial Panel on Multidistrict Litigation;
13      WHEREAS, one previous extension has been granted in this case until September 8, 2005
14  for Defendants to move, answer or otherwise respond; and
15      WHEREAS, Plaintiff and Defendants agree that this Joint Stipulation is submitted without
16  prejudice to, or waiver of, any defenses that Defendants may have to this action;
17      NOW THEREFORE, the Parties hereby stipulate and agree as follows:
18      1.    To the extent that any served or subsequently served defendant is required to move,
19  answer, or otherwise respond to the complaint in this action, the deadline for doing so shall be 60
20  days after an order from the Clerk of the Judicial Panel on Multidistrict Litigation deciding the
21  pending, as well as any subsequently filed, Motions for Transfer. If the Clerk of the Judicial Panel
22  on Multidistrict Litigation issues separate orders on different days with respect to the Motions for
23  Transfer, the date of the latest order will control.
24      2.    All other pretrial deadlines, including the time period in which to conduct the
25  parties' planning conference under Federal Rule of Civil Procedure 26(f), shall be continued in this
26  action until 60 days after:
27      (i)    an order from the Clerk of the Judicial Panel on Multidistrict Litigation
28          transferring this action to another District Court is filed with the Clerk of the

Northern District of California pursuant to Rule 1.5 of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, thereby effecting transfer; or

(ii) an order from the Clerk of the Judicial Panel on Multidistrict Litigation creating an MDL proceeding in the Northern District of California, and coordinating this case therewith, is filed with the Clerk of the Northern District of California pursuant to Rule 1.5 of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation; or

(iii) the Judicial Panel on Multidistrict Litigation issues an order or orders denying all Motions for Transfer (if all motions are denied, but in separate orders not issued on the same day, the date of the later order will control).

- 3 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2996 MMC

| | |
|---|---|
| 1 | SO STIPULATED: |
| 2 | |
| 3 | Dated: September 6, 2005 |

ARNOLD & PORTER LLP

By: _____
Robert J. Vizas, No. 56187
Julie B. Rottenberg, No. 169607
Jennifer L. Cummings, No. 208115
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Tel:  415-356-3000
Fax: 415-356-3099

David P. Gersch
Mark R. Merley
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C.  20004
Tel:  202-942-5000
Fax: 202-942-5999

Attorneys for Defendant Visa U.S.A. Inc.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2996 MMC

| | |
|---|---|
| 1  SO STIPULATED: | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 2 | |
| 3  Dated: September 2, 2005 | |
| 4 | By: _____ |
|   | Gary L. Halling, No. 66087 |
| 5 | Michael W. Scarborough  No. 203524 |
|   | Four Embarcadero Center, |
|   | Seventeenth Floor |
| 6 | San Francisco, CA 94111 |
|   | Tel: 415-434-9100 |
| 7 | Fax: 415-434-3947 |
| 8 | Kenneth A. Gallo |
|   | Patricia C. Crowley |
| 9 | PAUL, WEISS, RIFKIND, |
|   | WHARTON & GARRISON LLP |
| 10 | 1615 L Street, N.W. |
|   | Washington, D.C. 20036-5694 |
| 11 | Tel: 202-223-7300 |
|   | Fax: 202-223-7420 |
| 13 | Jay Cohen |
|   | Gary R. Carney |
| 14 | PAUL, WEISS, RIFKIND, |
|   | WHARTON & GARRISON LLP |
| 15 | 1285 Avenue of the Americas |
|   | New York, NY 10019-6064 |
| 16 | Tel: 212-373-3051 |
|   | Fax: 212-492-0051 |
| 18 | Keila D. Ravelo |
|   | Wesley R. Powell, No.230430 |
| 19 | HUNTON & WILLIAMS LLP |
|   | 200 Park Avenue |
| 20 | New York, New York 10166 |
|   | Tel: 212-309-1000 |
|   | Fax: 212-309-1100 |
| 22 | Attorneys for Defendant MasterCard |
|   | International Incorporated |

- 5 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2933 MMC

| | | |
|---|---|---|
| 1 | SO STIPULATED: | MARKUN ZUSMAN & COMPTON, LLP |
| 2 | Dated: September 2, 2005 | |
| 3 | | By: _[signature]_ |
| 4 | | David S. Markun, No. 108067 |
| | | Edward S. Zusman, No. 154366 |
| 5 | | Kevin K. Eng, No. 209036 |
| | | 465 California Street, Suite 500 |
| 6 | | San Francisco, CA 94104 |
| | | Tel: 415-438-4515 |
| 7 | | Fax: 415-434-4505 |
| 8 | | Karl Cambronne |
| | | CHESTNUT & CAMBRONNE |
| 9 | | 3700 Mithum Tower |
| | | 222 South Ninth Street |
| 10 | | Minneapolis, MN 55402 |
| 11 | | Attorneys for Plaintiff |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 7, 2005

_[signature]_
Hon. Maxine M. Chesney

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO
COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2933 MMC